**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARLA ARAMOUNI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No.: 2:26-cv-05548-JS<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |
| VAN ZENG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No.: 2:26-cv-07424<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**MOTION OF THE DATAVAULT AI INVESTOR GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

Lead Plaintiff Movants Don Elkins, Lei Zhu, and Michelle Kulusich (the "Datavault AI Investor Group") respectfully move this Court for the entry of an Order: (1) consolidating the above-captioned, related actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (2) appointing the Datavault AI Investor Group as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving the Datavault AI's

selection of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") as Lead Counsel for the Class; (4) approving Jonathan Shub of Shub, Johns & Holbrook LLP as Liaison Counsel; and (5) granting such other and further relief as the Court may deem just and proper.

This motion is made on the grounds that the Datavault AI Investor Group is the "most adequate plaintiff" pursuant to the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B). In support of this Motion, the Datavault AI Investor Group submits 1) the Memorandum of Law in Support of the Motion of the Datavault AI Investor Group for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel, 2) the Declaration of Jonathan Shub in Support of the Motion of Movant the Datavault AI Investor Group for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel, dated October 5, 2026 and all exhibits attached thereto, 3) the pleadings and other filings herein, and 4) such other written or oral argument as may be permitted by the Court.

Dated: October 5, 2026

Respectfully submitted,

*/s/ Jonathan Shub*

Jonathan Shub (PA Bar 53965)

**SHUB, JOHNS & HOLBROOK LLP**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
T: (610) 477-8380
jshub@shublawyers.com
bjohns@shublawyers.com

*Counsel for Movant the Datavault AI Investor Group and Proposed Liaison Counsel*

**KAPLAN FOX & KILSHEIMER LLP**
Aaron L. Schwartz (PA Bar 319615)
Frederic S. Fox (*pro hac vice forthcoming*)
Donald R. Hall (*pro hac vice forthcoming*)
Pamela Mayer (*pro hac vice forthcoming*)
Matthew Lindenmuth (*pro hac vice forthcoming*)

800 Third Avenue, 38th Floor
New York, NY 10022
T: (212) 687-1980
ffox@kaplanfox.com
dhall@kaplanfox.com
pmayer@kaplanfox.com
mlindenmuth@kaplanfox.com

*Counsel for Movant the Datavault AI Investor Group and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I, Jonathan Shub, hereby certify that on October 5, 2026, I caused a true and correct copy of the foregoing Motion of the Datavault AI Investor Group for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel to be filed electronically with the Clerk of the Court using the ECF system, and it is available for viewing and downloading from the ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

Signed: October 5, 2026

*/s/ Jonathan Shub*
Jonathan Shub, Esq.